# Schedule A

| Def No. | Market-place | Merchant Name | Merchant ID | Product ID |
|---------|--------------|---------------|-------------|------------|









[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

| | | | | |
|---|---|---|---|---|
| 185 | Amazon | Bestzhaola | A10E82SMLP9GDA | B09JC9F7N4 |
| 186 | Amazon | Topikyus | A11QC3UZOE1AY7 | B09WHPR4GD |
| 187 | Amazon | Jadpes mg | A12DZDO3ZJWPLG | B09R98XBFS |
| 187 | Amazon | Jadpes mg | A12DZDO3ZJWPLG | B09MSSSG1N |
| 188 | Amazon | Nine bears | A132V1JWNOEBU1 | B08GXZ5KFF |
| 189 | Amazon | Oh,it's flowery baby | A13FTCX1G0CDVU | B09R6P8T2C |
| 190 | Amazon | guihome | A14MSANF2K3TT | B09NR8PJCD |
| 191 | Amazon | Duliyzip-US | A15MC47SFT4LY5 | B09V5R86CQ |
| 192 | Amazon | Kendii FAST DELIVERY | A19H9YCBYJCWHX | B09S2XV8TT |
| 193 | Amazon | Wanfad-US | A1A8IUX3RGL1MC | B09V7PD4HF |
| 194 | Amazon | Teqsunrise | A1F47FVYRBT8YT | B09JSSVML5 |
| 195 | Amazon | MZWOTO | A1IJUFGG97G8S7 | B0972G8VYM |

| 196 | Amazon | Crisisu | A1K8SMV0ZYFZHQ | B09Q2SPSPX |
|---|---|---|---|---|
| 197 | Amazon | Liyust-US | A1LFXUD3TJUES9 | B09VB8TD8C |
| 198 | Amazon | Kuzawuy | A1M8BTI4O36V3D | B09SLWR1MJ |
| 199 | Amazon | Sunhuke-US | A1MDIATS6ZKLKA | B09V6VGKR1 |
| 199 | Amazon | Sunhuke-US | A1MDIATS6ZKLKA | B09V6VGKR1 |
| | | | | |
| 201 | Amazon | Yeelur9 | A1RBYLVF54ESW2 | B09VV7KWCD |
| 202 | Amazon | Logute | A1S9FFS9KTKPHX | B09M9T8GTF |
| 203 | Amazon | Ufolet8 | A1UXKXPS8MERP0 | B09PHQTDFK |
| | | | | |
| 205 | Amazon | Huidey-US | A1W5DIX3M53U4M | B09V3D8VR2 |
| 206 | Amazon | Cybiufam-US | A1W5HGS9RNNV9Y | B09W34MDRQ |
| 207 | Amazon | Jiujiangshibaiyaodianzishangwuyo uxiangongsi | A1X3K6VKA0617B | B098QH5L3F |
| | | | | |
| 209 | Amazon | Yyigreat | A200G0NTUQQYEN | B09JRP6LJ2 |
| 210 | Amazon | Fippkargo | A24WUZULLKDWQ C | B09NVFPLT7 |
| 211 | Amazon | Flsofot | A259TOA5XNUR7N | B09S5NB2QB |
| | | | | |
| 213 | Amazon | Sayring | A25ZYMSYCH04F2 | B09RW5ZB27 |
| 214 | Amazon | Hurmers | A260GXQ8XP6NBI | B09QKB3NKW |
| 215 | Amazon | HDSFBOP-US | A279S52BROHYQ0 | B09VG2LHZ3 |
| 216 | Amazon | Shenzhen Baibiao Technology Co., Ltd. | A28CWCEDPUW98F | B09RWFT2D2 |
| | | | | |
| 218 | Amazon | tanus | A28ZWXW3ZSVNZU | B09Q57Q8KG |
| 219 | Amazon | Taoyun | A2AD00CTTWBVQY | B08G56ZT3N |
| | | | | |
| 221 | Amazon | 裕美燕飞 (Yumi Enfei) | A2D7PMEXDA0ZE6 | B09W5RWQLL |
| 222 | Amazon | YANRURI Shop | A2EXEGDU01P90E | B09WY9SJHK |
| 223 | Amazon | DeYiZhi Hardware Tools | A2F2A2OL2BVMBT | B09M3HLQY6 |
| 224 | Amazon | Shuronan | A2HFR6YQESHQKS | B09WM471ZM |
| 225 | Amazon | Pinsofk | A2I7XCKXB4ZTQC | B09PBL69HY |
| 226 | Amazon | hlovem | A2KJG7P4TAB0XD | B09QGR92WB |
| 227 | Amazon | jamesyang6666 | A2MEF225M4Z4PJ | B09CH43Z95 |
| 228 | Amazon | shenghai home | A2Q3XFY8TKT83M | B08Y8MPLT9 |
| 229 | Amazon | hongzhizhi-US | A2QU2IZ7O5TPH5 | B09V6R1V7B |
| 229 | Amazon | hongzhizhi-US | A2QU2IZ7O5TPH5 | B09V6R1V7B |
| 230 | Amazon | zeauslea99 | A2RER0PV51DKIT | B09R7G6GQT |
| 231 | Amazon | junwuyan | A2S09PMVSR49B6 | B09PKMDKXQ |
| 231 | Amazon | junwuyan | A2S09PMVSR49B6 | B09PKMDKXQ |
| 232 | Amazon | Jiawoaus-US | A2TA26DWMO1SPZ | B09RWZ64K8 |
| 233 | Amazon | Neufday | A2UCI716XSG1WH | B09SFGKX9Z |
| 234 | Amazon | Velaurs-US | A2UPGLAHD4808F | B09NNJGQD5 |

| 236 | Amazon | Rutiy | A2WHOLT83NZ9Y0 | B09S7J397N |
| 237 | Amazon | fastUU | A2WLZYMRRZX3ZZ | B09N2V15L9 |
| 238 | Amazon | MORDEN MS | A2X8MRIHJP0O3K | B09JBH9GYG |
| 238 | Amazon | MORDEN MS | A2X8MRIHJP0O3K | B09N3GFJLZ |
| 239 | Amazon | Jimfoty | A2XKXB5S7PDYFN | B09M9YF8JV |
| 241 | Amazon | futushop | A2Y0EECM2578YM | B08TBPRN86 |
| 241 | Amazon | futushop | A2Y0EECM2578YM | B09J8NTCC8 |
| 242 | Amazon | Ruaniy-US | A301R9CZ6YR2JY | B09V6X7MDH |
| 242 | Amazon | Ruaniy-US | A301R9CZ6YR2JY | B09V6X7MDH |
| 243 | Amazon | Xuwimaw-US | A31N8UXGFRICO3 | B09VG187DP |
| 244 | Amazon | LUCYLEXI | A35KNG1L1WG32H | B08NXBN87T |
| 245 | Amazon | lapinks-us | A38GVUFCIQ7H51 | B094CR5T7N |
| 247 | Amazon | Yunnyp | A3AZV7256W9RGZ | B09W5RFJYZ |
| 247 | Amazon | Yunnyp | A3AZV7256W9RGZ | B09W5RFJYZ |
| 248 | Amazon | lovexindong-US | A3B4GWRBDQ2CQ9 | B09V3CZ8WT |
| 248 | Amazon | lovexindong-US | A3B4GWRBDQ2CQ9 | B09V3CZ8WT |
| 249 | Amazon | Ruiqas2019 | A3CC778V4NBO36 | B09XMHCKHF |
| 250 | Amazon | Diydeg520 | A3DBCW2ZSEXU52 | B09N5QNRZK |
| 251 | Amazon | Woriil | A3DXG8UJC0RL9L | B09XB7H69G |
| 252 | Amazon | ManCangHong | A3FEEHFHR62NIH | B09NVV21MN |
| 253 | Amazon | ChicIEVE | A3FXMROPAIP6RA | B08P5L7ZGQ |
| 254 | Amazon | JuneUS | A3HCBU2I3T0D6C | B0957QJ15D |
| 255 | Amazon | Nineyean | A3J9SG99ZLMMZ9 | B09WY9J51T |
| 256 | Amazon | Csoeep-US | A3K4RQHW0OJKWM | B09V3L93YZ |
| 257 | Amazon | Danzheki-US | A3LE48720BO2BP | B09V6NWW5P |
| 258 | Amazon | pindao | A3QDN0XEJ2O2ZA | B0994GGPMR |
| 259 | Amazon | Qistubay | A3TQMKW23NIO1B | B09S2W9QTQ |
| 260 | Amazon | Siuyinzae-US | A45A5V04HZXKO | B09VFWCQGN |
| 261 | Amazon | wushuangtech | A4H6O4FT38IZ9 | B094N586YH |
| 263 | Amazon | ROYCAR | A4SDKVJFNW3FQ | B087CTJTBP |
| 264 | Amazon | Luoyuu | A505H0U4TGVUQ | B09Q5TJ5W1 |
| 264 | Amazon | Luoyuu | A505H0U4TGVUQ | B09MT2F8KK |
| 265 | Amazon | Rolity2020 | AAAY4EU6BVC2T | B09K75DZTN |
| 266 | Amazon | Ranvoafuit-US | ABW8T739BOKG6 | B09QGZRCC4 |
| 266 | Amazon | Ranvoafuit-US | ABW8T739BOKG6 | B09QGZRCC4 |
| 267 | Amazon | taiyuanshiqixionglonglongbaihuoyouxiangongsi | AEXU84MS3DUA3 | B09P1HQMR5 |
| 268 | Amazon | Myusbest | AG0DSIYQBF678 | B09H3CDRTL |
| 269 | Amazon | Absbest Store/Beatool | AGYCWUR3UXVUD | B09MJKHZJ8 |
| 270 | Amazon | Haowecibm | AHGRQ0D6XYM20 | B09QK67W4J |
| 271 | Amazon | Deryant | AI2D00DQ1IXUH | B09PXYZH2M |
| 273 | Amazon | PTone | AIUXF36NI7EAS | B094HRKVZW |
| 275 | Amazon | changqi home | AJBB817S5HW4T | B08Y8N8SST |
| 276 | Amazon | Gifkey-US | AMTROTL6Q5HX6 | B09S6MR7MS |

| 279 | Amazon | Barley-US | ASXF9IEA558BF | B09M8K59JH |
|---|---|---|---|---|
| 280 | Amazon | LMOO3-US | ATGF2W2OCE972 | B09V3K2NRG |
| 281 | Amazon | FAMKIT | ATPEX19KHQO66 | B09K4DKKPR |
| 284 | Amazon | dongaxianyaozhaizhenjunjiarenbaihuodian | AVBCQ3M4VXRVZ | B09K78LNZK |
| 285 | Amazon | Salepeak2020 | AWSQRBOTSDTXX | B09JNMBS15 |
| 287 | Amazon | Yaminger-US | AZKS32HNV97B3 | B09V4KTJ3X |
| 288 | Bonanza | Alfathu | Alfathu | 1220012262 |
| 289 | Bonanza | Hello_Buys | Hello_Buys | 1197989360 |
| 290 | DHgate | Yuanbai | 20060840 | 696182559 |
| 291 | DHgate | Amandal | 20244980 | 752489269 |
| 292 | DHgate | Jigsaw | 20245626 | 757759227 |
| 293 | DHgate | Derricky | 20245844 | 653878914 |
| 294 | DHgate | Edmund02 | 20325793 | 657225343 |
| 295 | DHgate | Jingbaisha08 | 20451269 | 428383910 |
| 296 | DHgate | Moigo | 20752558 | 403022007 |
| 297 | DHgate | Carawayo | 21084780 | 422166448 |
| 297 | DHgate | Carawayo | 21084780 | 423265205 |
| 298 | DHgate | Dhbabyh | 21422596 | 510848744 |
| 299 | DHgate | Garvielee3 | 21495920 | 556888806 |
| 300 | DHgate | fashion_living11 | 21546984 | 554000137 |
| 301 | DHgate | boyashangmao | 21578629 | 660885293 |
| 302 | DHgate | Funoutdoor | 21583693 | 683196369 |
| 303 | DHgate | Huoxingerhao | 21590653 | 730854441 |
| 304 | DHgate | angelshopping888 | 21610211 | 674423733 |
| 305 | DHgate | Jiabaoyuu | 21630764 | 659101874 |
| 305 | DHgate | Jiabaoyuu | 21630764 | 659101608 |
| 305 | DHgate | Jiabaoyuu | 21630764 | 659102032 |
| 305 | DHgate | Jiabaoyuu | 21630764 | 659102258 |
| 306 | DHgate | Shixiangyun | 21630768 | 688223040 |
| 307 | DHgate | Gauaike | 21630830 | 650121658 |
| 308 | DHgate | Yasuogu | 21631009 | 750182335 |
| 309 | DHgate | Suyuafen | 21631230 | 691441430 |
| 309 | DHgate | Suyuafen | 21631230 | 671097596 |
| 309 | DHgate | Suyuafen | 21631230 | 680285789 |
| 309 | DHgate | Suyuafen | 21631230 | 696654700 |
| 309 | DHgate | Suyuafen | 21631230 | 691441713 |
| 309 | DHgate | Suyuafen | 21631230 | 702665636 |
| 309 | DHgate | Suyuafen | 21631230 | 686511893 |
| 309 | DHgate | Suyuafen | 21631230 | 691891259 |
| 310 | DHgate | Nicolaydownn | 21634515 | 661588289 |
| 310 | DHgate | Nicolaydownn | 21634515 | 724911644 |

| | | | | |
|---|---|---|---|---|
| 310 | DHgate | Nicolaydownn | 21634515 | 661594991 |
| 311 | DHgate | Qianxunya | 21634813 | 709886089 |
| 312 | DHgate | Tangcupaigu | 21634879 | 744589241 |
| 312 | DHgate | Tangcupaigu | 21634879 | 744589071 |
| 313 | DHgate | Libaifang | 21635115 | 697763924 |
| 314 | DHgate | Yanronpo | 21635179 | 724357250 |
| 315 | DHgate | Xufengpa | 21635309 | 650841708 |
| 316 | DHgate | Lululemens | 21662412 | 697510942 |
| 317 | DHgate | Sexyhanz | 21666759 | 679331319 |
| 317 | DHgate | Sexyhanz | 21666759 | 679775827 |
| 317 | DHgate | Sexyhanz | 21666759 | 677860546 |
| 318 | DHgate | Naverfull | 21666998 | 686361557 |
| 319 | DHgate | Hbps | 21673952 | 688895662 |
| 320 | DHgate | Minsexyshop | 21759686 | 754591325 |
| 320 | DHgate | Minsexyshop | 21759686 | 754590955 |
| 321 | DHgate | Tianyuxi | 650046386 | 650046386 |
| 322 | eBay | 2013bestbuybest | 2013bestbuybest | 284709426559 |
| 323 | eBay | bmkikig | bmkikig | 194755144963 |
| 324 | eBay | booo-fashion | booo-fashion | 384766282915 |
| 325 | eBay | chinese_costume | chinese_costume | 203868374413 |
| 326 | eBay | cutebite | cutebite | 384691076986 |
| 327 | eBay | fivestar1988 | fivestar1988 | 274735730102 |
| 328 | eBay | koalastore_au | koalastore_au | 284618121627 |
| 329 | eBay | mydream8882009 | mydream8882009 | 175200368690 |
| 330 | eBay | shoppingonetheway12 | shoppingonetheway12 | 284557185744 |
| 331 | eBay | wishes50 | wishes50 | 125218286730 |
| 332 | eBay | yepst-1 | yepst-1 | 403557490517 |
| 333 | Joom | U Home Life | 5b10bfea8b4513036c1ba15f | 5b5ac91e8b2c3701b7b724a9 |
| 334 | Joom | Global Electronic Mall | 60e64fcafe296f3ee8b3191c | 61d3ad99b3d8620116f88352 |
| 335 | Joom | Mini June | 60f623aa552fd68beb2cc223 | 61a4f847f07ea401bbe5eb96 |
| 336 | Joom | Outdoor courtyard | 6142d9d6450a9499dc69b57f | 6180f655c6b4db01d3522f58 |
| 337 | Shopify | amplelife | ample-life.com | forearm-forklift-lifting-and-moving-straps-labor-saving-furniture-moving-strap-easy-carry-shoulder-mover-rope-home-carrying-belt |
| 342 | Walmart | World Deal | 101043448 | 399977502 |
| 343 | Walmart | La Vie en Rose | 101110678 | 352973335 |

| 344 | Walmart | sichuanchenghongtaidianzishangwuyouxiangongsi | 101114977 | 105355864 |
|---|---|---|---|---|
| 345 | Walmart | zhengzhouqitishangmaoyouxiangongsi | 101121235 | 596678774 |
| 346 | Walmart | zhengzhoubiansongshangmaoyouxiangongsi | 101121267 | 854858505 |
| 347 | Walmart | shenzhenshiyiruichuanghuimaoyiyiouxiangongsi | 101122588 | 604403334 |
| 348 | Walmart | Aomeily | 101122601 | 376937779 |
| 349 | Walmart | qishuashua | 101131871 | 352806304 |
| 350 | Wish | JR | 56e3f01bd328025e3ae94e88 | 58ea2f511ca3c83adef1d688 |
| 350 | Wish | JR | 56e3f01bd328025e3ae94e88 | 5846ad9f5eee884d750ca66c |
| 351 | Wish | Excel_meng | 57bc501caa6836695054e08a | 5917e1bd49043a271b4bb35d |
| 352 | Wish | shenzhen morphic technology Co.,ltd | 57de65502d416c1087501707 | 5a9cf9a97c74930a3fc61ea7 |
| 353 | Wish | Anything else | 588ac1fd4837354d6ba9c769 | 58bd927f49020753190b46a1 |
| 354 | Wish | Varin Snake | 58fc8ee2b862ea10fe0bc088 | 590ea37326d96f27a85d6ee2 |
| 355 | Wish | YY88 | 590ea9b975479372c530e7ab | 590eb7922da1ba25ab0ae105 |
| 356 | Wish | yzl2018 | 5a3f1ee60c47f32f57f438ad | 5c31fc7d5b6f3d1b3251397f |
| 356 | Wish | yzl2018 | 5a3f1ee60c47f32f57f438ad | 602ca0145630af68b3016a4c |
| 357 | Wish | Creative Fashion Life | 5e4e9d9429e78637020b6a88 | 60ed8a1db879e49020f843d3 |
| 358 | Wish | Home & Garden HK | 5fd3165b9a34f40052ced293 | 610c917b9baf1cb05c215a68 |
| 358 | Wish | Home & Garden HK | 5fd3165b9a34f40052ced293 | 610c91811e97c18391745d95 |
| 359 | Wish | Minttan | 5fff9e815fd3f3003e4dd19a | 60939ed3af84cdf467d2adb4 |
| 360 | Wish | sioeoufie | 603c5686c9c1ce672abab5ed | 60efe42162aec5cc9675c68d |
| 361 | Wish | Sunny Store-753 | 60cdc94bdf94d853c03531c2 | 61c1933f23f48b52cfe5c86d |
| 362 | Wish | remofy | 615e6936897d4c419d921754 | 6166a4e57b33b852a10150f6 |