# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ABOVE ALL CO. FOREARM FORKLIFT INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 22-cv-3443 <br><br> Judge John Robert Blakey |

## PRELIMINARY INJUNCTION ORDER

Plaintiff Above All Co. Forearm Forklift Inc. ("Forearm Forklift") filed a Motion for Entry of a Preliminary Injunction against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the domain names identified in Schedule A (the "Defendant Domain Names") and the online marketplace accounts identified in Schedule A (the "Online Marketplaces"). After reviewing the Motion and the accompanying record, this Court GRANTS Forearm Forklift's Motion in part as follows.

This Court finds Forearm Forklift has provided notice to Defendants in accordance with the Temporary Restraining Order entered August 31, 2022 [21] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Forearm Forklift has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing and counterfeit versions of Forearm Forklift's federally registered trademark (the "Forearm Forklift Trademark") and copyrighted marketing material ("Copyrighted Material") to residents of Illinois. In this case, Forearm Forklift has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Forearm Forklift Trademark and Copyrighted Material. *See* [10-4] through [10-15], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Forearm Forklift Trademark and Copyrighted Material.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Forearm Forklift's

previously granted Motion for Entry of a TRO establishes that Forearm Forklift has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Forearm Forklift will suffer irreparable harm if the injunction is not granted.

Specifically, Forearm Forklift has proved a *prima facie* case of trademark infringement because (1) the Forearm Forklift Trademark is a distinctive mark registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use the Forearm Forklift Trademark, and (3) Defendants' use of the Forearm Forklift Trademark is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Forearm Forklift.

Further, Forearm Forklift has proved a *prima facie* case of copyright infringement because (1) Forearm Forklift owns valid copyrights in the Copyrighted Material, (2) the products sold by the Defendants are advertised with the same or substantially similar marketing materials as Forearm Forklift's Copyrighted Material, and (3) Defendants have had access to Forearm Forklift's Copyrighted Material.

Furthermore, Defendants' continued and unauthorized use of the Forearm Forklift Trademark and Copyrighted Material irreparably harms Forearm Forklift through diminished goodwill and brand confidence, damage to Forearm Forklift's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Forearm Forklift has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to

dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

    a. using the Forearm Forklift Trademark or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Forearm Forklift product or not authorized by Forearm Forklift to be sold in connection with the Forearm Forklift Trademark;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Forearm Forklift product or any other product produced by Forearm Forklift, that is not Forearm Forklift's or not produced under the authorization, control, or supervision of Forearm Forklift and approved by Forearm Forklift for sale under the Forearm Forklift Trademark;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Forearm Forklift, or are sponsored by, approved by, or otherwise connected with Forearm Forklift;

    d. reproducing, publicly displaying, distributing, or otherwise further infringing Forearm Forklift' copyrights in the Copyrighted Material; and

- e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Forearm Forklift, nor authorized by Forearm Forklift to be sold or offered for sale, and which bear any of Forearm Forklift's trademarks, including the Forearm Forklift Trademark, or any reproductions, counterfeit copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, and the domain name registrars, including, but not limited to, GoDaddy Operating Company LLC, Name.com, PDR LTD. d/b/a/ PublicDomainRegistry.com, and Namecheap Inc., within seven (7) calendar days of receipt of this Order or prior to the expiration of this Order, whichever date shall occur first, shall disable the Defendant Domain Names and make them inactive and untransferable until further order by this Court.

4. Upon Forearm Forklift's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay, Inc., AliExpress,

Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc., ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Forearm Forklift expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Online Marketplaces and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Online Marketplaces; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Alibaba, Ant

Financial Services Group ("Ant Financial"), Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Forearm Forklift's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with (i) the sale of counterfeit and infringing goods using the Forearm Forklift Trademark; and (ii) the reproduction, public display, distribution, or other use of Forearm Forklift's Copyrighted Material.

6. Any Third-Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto and any e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Forearm Forklift may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and

any future motions, by electronically publishing a link to the Pleadings, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "Quanzhou Jinshidai Electronic Commerce Co., Ltd. and all other Defendants identified in the Operative Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

8. Exhibits 1 and 2 to Forearm Forklift' Complaint (Docket Nos. 2 and 3), Forearm Forklift's Amended Complaint and Exhibits 1-3 thereto (Docket Nos. 5 through 5-3), Schedule A to the Complaint and Amended Complaint (Docket Nos. 4 and 5-4), Forearm Forklift's Motion for Temporary Restraining Order and Memorandum in support thereof (Docket Nos. 8 and 9), the Declaration of Mark Lopreiato (Docket No. 10), and Exhibits 1 through 4 thereto (Docket Nos. 10-1 through 10-15), Forearm Forklift's Local Rule 3.4 Notice (Docket No. 7), and the TRO (Docket No. 17) are unsealed.

9. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules

of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

SO ORDERED:

Dated: September 27, 2022

Entered:

_____
John Robert Blakey
United States District Judge

# Schedule A

| Def No. | Market-place | Merchant Name | Merchant ID | Product ID |
|---|---|---|---|---|
| | | | | |









[redacted]

[redacted]

[redacted]

[redacted]

| | | | | |
|---|---|---|---|---|
| [redacted] | | | | |
| [redacted] | | | | |
| [redacted] | | | | |
| 185 | Amazon | Bestzhaola | A10E82SMLP9GDA | B09JC9F7N4 |
| 186 | Amazon | Topikyus | A11QC3UZOE1AY7 | B09WHPR4GD |
| 187 | Amazon | Jadpes mg | A12DZDO3ZJWPLG | B09R98XBFS |
| 187 | Amazon | Jadpes mg | A12DZDO3ZJWPLG | B09MSSSG1N |
| 188 | Amazon | Nine bears | A132V1JWNOEBU1 | B08GXZ5KFF |
| 189 | Amazon | Oh,it's flowery baby | A13FTCX1G0CDVU | B09R6P8T2C |
| 190 | Amazon | guihome | A14MSANF2K3TT | B09NR8PJCD |
| 191 | Amazon | Duliyzip-US | A15MC47SFT4LY5 | B09V5R86CQ |
| 192 | Amazon | Kendii FAST DELIVERY | A19H9YCBYJCWHX | B09S2XV8TT |
| 193 | Amazon | Wanfad-US | A1A8IUX3RGL1MC | B09V7PD4HF |
| 194 | Amazon | Teqsunrise | A1F47FVYRBT8YT | B09JSSVML5 |
| 195 | Amazon | MZWOTO | A1IJUFGG97G8S7 | B0972G8VYM |

| | | | | |
|---|---|---|---|---|
| 196 | Amazon | Crisisu | A1K8SMV0ZYFZHQ | B09Q2SPSPX |
| 197 | Amazon | Liyust-US | A1LFXUD3TJUES9 | B09VB8TD8C |
| 198 | Amazon | Kuzawuy | A1M8BTI4O36V3D | B09SLWR1MJ |
| 199 | Amazon | Sunhuke-US | A1MDIATS6ZKLKA | B09V6VGKR1 |
| 199 | Amazon | Sunhuke-US | A1MDIATS6ZKLKA | B09V6VGKR1 |
| 201 | Amazon | Yeelur9 | A1RBYLVF54ESW2 | B09VV7KWCD |
| 202 | Amazon | Logute | A1S9FFS9KTKPHX | B09M9T8GTF |
| 203 | Amazon | Ufolet8 | A1UXKXPS8MERP0 | B09PHQTDFK |
| 205 | Amazon | Huidey-US | A1W5DIX3M53U4M | B09V3D8VR2 |
| 206 | Amazon | Cybiufam-US | A1W5HGS9RNNV9Y | B09W34MDRQ |
| 207 | Amazon | Jiujiangshibaiyaodianzishangwuyouxiangongsi | A1X3K6VKA0617B | B098QH5L3F |
| 209 | Amazon | Yyigreat | A200G0NTUQQYEN | B09JRP6LJ2 |
| 210 | Amazon | Fippkargo | A24WUZULLKDWQC | B09NVFPLT7 |
| 211 | Amazon | Flsofot | A259TOA5XNUR7N | B09S5NB2QB |
| 213 | Amazon | Sayring | A25ZYMSYCH04F2 | B09RW5ZB27 |
| 214 | Amazon | Hurmers | A260GXQ8XP6NBI | B09QKB3NKW |
| 215 | Amazon | HDSFBOP-US | A279S52BROHYQ0 | B09VG2LHZ3 |
| 216 | Amazon | Shenzhen Baibiao Technology Co., Ltd. | A28CWCEDPUW98F | B09RWFT2D2 |
| 218 | Amazon | tanus | A28ZWXW3ZSVNZU | B09Q57Q8KG |
| 219 | Amazon | Taoyun | A2AD00CTTWBVQY | B08G56ZT3N |
| 221 | Amazon | 裕美燕飞 (Yumi Enfei) | A2D7PMEXDA0ZE6 | B09W5RWQLL |
| 222 | Amazon | YANRURI Shop | A2EXEGDU01P90E | B09WY9SJHK |
| 223 | Amazon | DeYiZhi Hardware Tools | A2F2A2OL2BVMBT | B09M3HLQY6 |
| 224 | Amazon | Shuronan | A2HFR6YQESHQKS | B09WM471ZM |
| 225 | Amazon | Pinsofk | A2I7XCKXB4ZTQC | B09PBL69HY |
| 226 | Amazon | hlovem | A2KJG7P4TAB0XD | B09QGR92WB |
| 227 | Amazon | jamesyang6666 | A2MEF225M4Z4PJ | B09CH43Z95 |
| 228 | Amazon | shenghai home | A2Q3XFY8TKT83M | B08Y8MPLT9 |
| 229 | Amazon | hongzhizhi-US | A2QU2IZ7O5TPH5 | B09V6R1V7B |
| 229 | Amazon | hongzhizhi-US | A2QU2IZ7O5TPH5 | B09V6R1V7B |
| 230 | Amazon | zeauslea99 | A2RER0PV51DKIT | B09R7G6GQT |
| 231 | Amazon | junwuyan | A2S09PMVSR49B6 | B09PKMDKXQ |
| 231 | Amazon | junwuyan | A2S09PMVSR49B6 | B09PKMDKXQ |
| 232 | Amazon | Jiawoaus-US | A2TA26DWMO1SPZ | B09RWZ64K8 |
| 233 | Amazon | Neufday | A2UCI716XSG1WH | B09SFGKX9Z |
| 234 | Amazon | Velaurs-US | A2UPGLAHD4808F | B09NNJGQD5 |

| | | | | |
|---|---|---|---|---|
| 236 | Amazon | Rutiy | A2WHOLT83NZ9Y0 | B09S7J397N |
| 237 | Amazon | fastUU | A2WLZYMRRZX3ZZ | B09N2V15L9 |
| 238 | Amazon | MORDEN MS | A2X8MRIHJP0O3K | B09JBH9GYG |
| 238 | Amazon | MORDEN MS | A2X8MRIHJP0O3K | B09N3GFJLZ |
| 239 | Amazon | Jimfoty | A2KXB5S7PDYFN | B09M9YF8JV |
| 241 | Amazon | futushop | A2Y0EECM2578YM | B08TBPRN86 |
| 241 | Amazon | futushop | A2Y0EECM2578YM | B09J8NTCC8 |
| 242 | Amazon | Ruaniy-US | A301R9CZ6YR2JY | B09V6X7MDH |
| 242 | Amazon | Ruaniy-US | A301R9CZ6YR2JY | B09V6X7MDH |
| 243 | Amazon | Xuwimaw-US | A31N8UXGFRICO3 | B09VG187DP |
| 244 | Amazon | LUCYLEXI | A35KNG1L1WG32H | B08NXBN87T |
| 245 | Amazon | lapinks-us | A38GVUFCIQ7H51 | B094CR5T7N |
| 247 | Amazon | Yunnyp | A3AZV7256W9RGZ | B09W5RFJYZ |
| 247 | Amazon | Yunnyp | A3AZV7256W9RGZ | B09W5RFJYZ |
| 248 | Amazon | lovexindong-US | A3B4GWRBDQ2CQ9 | B09V3CZ8WT |
| 248 | Amazon | lovexindong-US | A3B4GWRBDQ2CQ9 | B09V3CZ8WT |
| 249 | Amazon | Ruiqas2019 | A3CC778V4NBO36 | B09XMHCKHF |
| 250 | Amazon | Diydeg520 | A3DBCW2ZSEXU52 | B09N5QNRZK |
| 251 | Amazon | Woriil | A3DXG8UJC0RL9L | B09XB7H69G |
| 252 | Amazon | ManCangHong | A3FEEHFHR62NIH | B09NVV21MN |
| 253 | Amazon | ChicIEVE | A3FXMROPAIP6RA | B08P5L7ZGQ |
| 254 | Amazon | JuneUS | A3HCBU2I3T0D6C | B0957QJ15D |
| 255 | Amazon | Nineyean | A3J9SG99ZLMMZ9 | B09WY9J51T |
| 256 | Amazon | Csoeep-US | A3K4RQHW0OJKWM | B09V3L93YZ |
| 257 | Amazon | Danzheki-US | A3LE48720BO2BP | B09V6NWW5P |
| 258 | Amazon | pindao | A3QDN0XEJ2O2ZA | B0994GGPMR |
| 259 | Amazon | Qistubay | A3TQMKW23NIO1B | B09S2W9QTQ |
| 260 | Amazon | Siuyinzae-US | A45A5V04HZXKO | B09VFWCQGN |
| 261 | Amazon | wushuangtech | A4H6O4FT38IZ9 | B094N586YH |
| 263 | Amazon | ROYCAR | A4SDKVJFNW3FQ | B087CTJTBP |
| 264 | Amazon | Luoyuu | A505H0U4TGVUQ | B09Q5TJ5W1 |
| 264 | Amazon | Luoyuu | A505H0U4TGVUQ | B09MT2F8KK |
| 265 | Amazon | Rolity2020 | AAAY4EU6BVC2T | B09K75DZTN |
| 266 | Amazon | Ranvoafuit-US | ABW8T739BOKG6 | B09QGZRCC4 |
| 266 | Amazon | Ranvoafuit-US | ABW8T739BOKG6 | B09QGZRCC4 |
| 267 | Amazon | taiyuanshiqixionglongbaihuoyouxiangongsi | AEXU84MS3DUA3 | B09P1HQMR5 |
| 268 | Amazon | Myusbest | AG0DSIYQBF678 | B09H3CDRTL |
| 269 | Amazon | Absbest Store/Beatool | AGYCWUR3UXVUD | B09MJKHZJ8 |
| 270 | Amazon | Haowecibm | AHGRQ0D6XYM20 | B09QK67W4J |
| 271 | Amazon | Deryant | AI2D00DQ1IXUH | B09PXYZH2M |
| 273 | Amazon | PTone | AIUXF36NI7EAS | B094HRKVZW |
| 275 | Amazon | changqi home | AJBB817S5HW4T | B08Y8N8SST |
| 276 | Amazon | Gifkey-US | AMTROTL6Q5HX6 | B09S6MR7MS |

| | | | | |
|---|---|---|---|---|
| 279 | Amazon | Barley-US | ASXF9IEA558BF | B09M8K59JH |
| 280 | Amazon | LMOO3-US | ATGF2W2OCE972 | B09V3K2NRG |
| 281 | Amazon | FAMKIT | ATPEX19KHQO66 | B09K4DKKPR |
| 284 | Amazon | dongaxianyaozhaizhenjunjiarenbaihuodian | AVBCQ3M4VXRVZ | B09K78LNZK |
| 285 | Amazon | Salepeak2020 | AWSQRBOTSDTXX | B09JNMBS15 |
| 287 | Amazon | Yaminger-US | AZKS32HNV97B3 | B09V4KTJ3X |
| 288 | Bonanza | Alfathu | Alfathu | 1220012262 |
| 289 | Bonanza | Hello_Buys | Hello_Buys | 1197989360 |
| 290 | DHgate | Yuanbai | 20060840 | 696182559 |
| 291 | DHgate | Amandal | 20244980 | 752489269 |
| 292 | DHgate | Jigsaw | 20245626 | 757759227 |
| 293 | DHgate | Derricky | 20245844 | 653878914 |
| 294 | DHgate | Edmund02 | 20325793 | 657225343 |
| 295 | DHgate | Jingbaisha08 | 20451269 | 428383910 |
| 296 | DHgate | Moigo | 20752558 | 403022007 |
| 297 | DHgate | Carawayo | 21084780 | 422166448 |
| 297 | DHgate | Carawayo | 21084780 | 423265205 |
| 298 | DHgate | Dhbabyh | 21422596 | 510848744 |
| 299 | DHgate | Garvielee3 | 21495920 | 556888806 |
| 300 | DHgate | fashion_living11 | 21546984 | 554000137 |
| 301 | DHgate | boyashangmao | 21578629 | 660885293 |
| 302 | DHgate | Funoutdoor | 21583693 | 683196369 |
| 303 | DHgate | Huoxingerhao | 21590653 | 730854441 |
| 304 | DHgate | angelshopping888 | 21610211 | 674423733 |
| 305 | DHgate | Jiabaoyuu | 21630764 | 659101874 |
| 305 | DHgate | Jiabaoyuu | 21630764 | 659101608 |
| 305 | DHgate | Jiabaoyuu | 21630764 | 659102032 |
| 305 | DHgate | Jiabaoyuu | 21630764 | 659102258 |
| 306 | DHgate | Shixiangyun | 21630768 | 688223040 |
| 307 | DHgate | Gauaike | 21630830 | 650121658 |
| 308 | DHgate | Yasuogu | 21631009 | 750182335 |
| 309 | DHgate | Suyuafen | 21631230 | 691441430 |
| 309 | DHgate | Suyuafen | 21631230 | 671097596 |
| 309 | DHgate | Suyuafen | 21631230 | 680285789 |
| 309 | DHgate | Suyuafen | 21631230 | 696654700 |
| 309 | DHgate | Suyuafen | 21631230 | 691441713 |
| 309 | DHgate | Suyuafen | 21631230 | 702665636 |
| 309 | DHgate | Suyuafen | 21631230 | 686511893 |
| 309 | DHgate | Suyuafen | 21631230 | 691891259 |
| 310 | DHgate | Nicolaydownn | 21634515 | 661588289 |
| 310 | DHgate | Nicolaydownn | 21634515 | 724911644 |

| | | | | |
|---|---|---|---|---|
| 310 | DHgate | Nicolaydownn | 21634515 | 661594991 |
| 311 | DHgate | Qianxunya | 21634813 | 709886089 |
| 312 | DHgate | Tangcupaigu | 21634879 | 744589241 |
| 312 | DHgate | Tangcupaigu | 21634879 | 744589071 |
| 313 | DHgate | Libaifang | 21635115 | 697763924 |
| 314 | DHgate | Yanronpo | 21635179 | 724357250 |
| 315 | DHgate | Xufengpa | 21635309 | 650841708 |
| 316 | DHgate | Lululemens | 21662412 | 697510942 |
| 317 | DHgate | Sexyhanz | 21666759 | 679331319 |
| 317 | DHgate | Sexyhanz | 21666759 | 679775827 |
| 317 | DHgate | Sexyhanz | 21666759 | 677860546 |
| 318 | DHgate | Naverfull | 21666998 | 686361557 |
| 319 | DHgate | Hbps | 21673952 | 688895662 |
| 320 | DHgate | Minsexyshop | 21759686 | 754591325 |
| 320 | DHgate | Minsexyshop | 21759686 | 754590955 |
| 321 | DHgate | Tianyuxi | 650046386 | 650046386 |
| 322 | eBay | 2013bestbuybest | 2013bestbuybest | 284709426559 |
| 323 | eBay | bmkikig | bmkikig | 194755144963 |
| 324 | eBay | booo-fashion | booo-fashion | 384766282915 |
| 325 | eBay | chinese_costume | chinese_costume | 203868374413 |
| 326 | eBay | cutebite | cutebite | 384691076986 |
| 327 | eBay | fivestar1988 | fivestar1988 | 274735730102 |
| 328 | eBay | koalastore_au | koalastore_au | 284618121627 |
| 329 | eBay | mydream8882009 | mydream8882009 | 175200368690 |
| 330 | eBay | shoppingonetheway12 | shoppingonetheway12 | 284557185744 |
| 331 | eBay | wishes50 | wishes50 | 125218286730 |
| 332 | eBay | yepst-1 | yepst-1 | 403557490517 |
| 333 | Joom | U Home Life | 5b10bfea8b4513036c1ba15f | 5b5ac91e8b2c3701b7b724a9 |
| 334 | Joom | Global Electronic Mall | 60e64fcafe296f3ee8b3191c | 61d3ad99b3d8620116f88352 |
| 335 | Joom | Mini June | 60f623aa552fd68beb2cc223 | 61a4f847f07ea401bbe5eb96 |
| 336 | Joom | Outdoor courtyard | 6142d9d6450a9499dc69b57f | 6180f655c6b4db01d3522f58 |
| 337 | Shopify | amplelife | ample-life.com | forearm-forklift-lifting-and-moving-straps-labor-saving-furniture-moving-strap-easy-carry-shoulder-mover-rope-home-carrying-belt |
| 342 | Walmart | World Deal | 101043448 | 399977502 |
| 343 | Walmart | La Vie en Rose | 101110678 | 352973335 |

| | | | | |
|---|---|---|---|---|
| 344 | Walmart | sichuanchenghongtaidianzishangwuyouxiangongsi | 101114977 | 105355864 |
| 345 | Walmart | zhengzhouqitishangmaoyouxiangongsi | 101121235 | 596678774 |
| 346 | Walmart | zhengzhoubiansongshangmaoyouxiangongsi | 101121267 | 854858505 |
| 347 | Walmart | shenzhenshiyiruichuanghuimaoyiyouxiangongsi | 101122588 | 604403334 |
| 348 | Walmart | Aomeily | 101122601 | 376937779 |
| 349 | Walmart | qishuashua | 101131871 | 352806304 |
| 350 | Wish | JR | 56e3f01bd328025e3ae94e88 | 58ea2f511ca3c83adef1d688 |
| 350 | Wish | JR | 56e3f01bd328025e3ae94e88 | 5846ad9f5eee884d750ca66c |
| 351 | Wish | Excel_meng | 57bc501caa6836695054e08a | 5917e1bd49043a271b4bb35d |
| 352 | Wish | shenzhen morphic technology Co.,ltd | 57de65502d416c1087501707 | 5a9cf9a97c74930a3fc61ea7 |
| 353 | Wish | Anything else | 588ac1fd4837354d6ba9c769 | 58bd927f49020753190b46a1 |
| 354 | Wish | Varin Snake | 58fc8ee2b862ea10fe0bc088 | 590ea37326d96f27a85d6ee2 |
| 355 | Wish | YY88 | 590ea9b975479372c530e7ab | 590eb7922da1ba25ab0ae105 |
| 356 | Wish | yzl2018 | 5a3f1ee60c47f32f57f438ad | 5c31fc7d5b6f3d1b3251397f |
| 356 | Wish | yzl2018 | 5a3f1ee60c47f32f57f438ad | 602ca0145630af68b3016a4c |
| 357 | Wish | Creative Fashion Life | 5e4e9d9429e78637020b6a88 | 60ed8a1db879e49020f843d3 |
| 358 | Wish | Home & Garden HK | 5fd3165b9a34f40052ced293 | 610c917b9baf1cb05c215a68 |
| 358 | Wish | Home & Garden HK | 5fd3165b9a34f40052ced293 | 610c91811e97c18391745d95 |
| 359 | Wish | Minttan | 5fff9e815fd3f3003e4dd19a | 60939ed3af84cdf467d2adb4 |
| 360 | Wish | sioeoufie | 603c5686c9c1ce672abab5ed | 60efe42162aec5cc9675c68d |
| 361 | Wish | Sunny Store-753 | 60cdc94bdf94d853c03531c2 | 61c1933f23f48b52cfe5c86d |
| 362 | Wish | remofy | 615e6936897d4c419d921754 | 6166a4e57b33b852a10150f6 |