UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Above All Co. Forearm Forklift Inc.

                                    Plaintiff,

v.                                        Case No.: 1:22−cv−03443

                                    Honorable John Robert Blakey

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 3, 2023:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the notice of voluntary dismissal [67] the Court hereby dismisses this case with prejudice under Rule 41(a) as to Defendants Cybiufam−US (No. 206). Additionally, Plaintiff having submitted proposed orders consistent with this Court's instructions in court on 12/20/22, the Court hereby enters the agreed consent judgment as to Defendant zhengzhoubiansongshangmaoyouxiangongsi (No. 346). Enter Consent Judgment. The Court also grants Plaintiff's motion for default judgment [61] and enters default judgment as to the Defaulting Defendants identified on the attached revised Schedule A. Enter Default Judgment Order. All matters in dispute now having been resolved, this case is closed. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.